ERNEST W. HOFSTATTER, Respondent, v. ROCKLAND COUNTY CORPORATION and Others, Appellants, and GEORGE E. DE GROAT, Defendant.— Order denying motion to change venue from Rockland county to Westchester county affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ., concur.

HEMAN PURDY, Respondent, v. ROCKLAND COUNTY CORPORATION and Others, Appellants.— Order denying motion to change venue from Rockland county to Westchester county affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ., concur.

HARRY D. NEIER, Respondent, v. LEFFERTS HOLDING CORPORATION, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

KATHERINE ALCHERMES, as Administratrix, etc., of WILLIAM J. ALCHERMES, Deceased, Appellant, v. BROOKLYN EDISON COMPANY, INC., Respondent.— Order as resettled, setting aside verdict and granting a new trial, in so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

BANK OF NEW YORK AND TRUST COMPANY, as Executor, etc., of DAVID GARDINER, Deceased, and as Trustee under a Deed of Trust Made by DAVID GARDINER, Deceased, Bearing Date the 23d Day of October, 1924, Respondent, v. SARAH DIODATI GARDINER, Appellant, and ROBERT DAVID LION GARDINER and Others, Respondents. (Appeal No. 1.) — Judgment affirmed, with costs payable out of the estate, to all parties appearing and filing briefs. No opinion. Lazansky, P. J., Young, Kapper and Tompkins, JJ., concur; Hagarty, J., dissents, with the following memorandum: The deficiency, amounting to $211,308.16, should be charged against the trust fund, and of the deficiency so charged $51,809.33 should be charged against the portion of the trust fund remaining in trust for the nephew and niece and the balance of such deficiency should be charged against the entire fund which passed under the trust agreement, and the judgment appealed from should be reversed to the extent of granting such relief asked for by appellant.

BANK OF NEW YORK AND TRUST COMPANY, as Executor, etc., of DAVID GARDINER, Deceased, and as Trustee under a Deed of Trust Made by DAVID GARDINER, Deceased, Bearing Date the 23d Day of October, 1924, Respondent, v. SARAH DIODATI GARDINER, Appellant, and ROBERT DAVID LION GARDINER and Others, Respondents. (Appeal No. 2.) — Order denying motion to set aside judgment unanimously affirmed, with costs, payable out of the estate, to all parties appearing and filing briefs. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

JACOB LOUIS BECKER, Respondent, v. LOUIS KRONMAN, Appellant.— Order as resettled, granting in part defendant's motion for a further bill of particulars, affirmed, in so far as appealed from, with ten dollars costs and disbursements; the particulars to be furnished within five days from the entry of the order herein. No opinion. Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ., concur.

MEYER BLUMBERG, Respondent, v. FRANK GIORGIO, JR., Trustee in Bankruptcy, Substituted in Place of NOX REALTY CORPORATION, Appellant, Impleaded with ISIDORE WITKIND and Another, Defendants.— Order denying motion to vacate